# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludwig, Brett H. | U.S. Bankruptcy Court, Eastern District of Wisconsin | 07/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Marquette University Law School -- adjunct professor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Wisconsin State Bar | Feb 28 - Mar 2, 2018 | Kohler, WI | CLE Speaker | Travel, Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BMO Harris Accounts (cash) | A | Interest | M | T | | | | | |
| 2. Northwestern Mutual Whole Life I | B | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Whole Life II | B | Dividend | K | T | | | | | |
| 4. Northwestern Mutual Adjustable CompLife | A | Dividend | K | T | | | | | |
| 5. Edvest 529 Account - Balanced Portfolio - 3437 | | None | L | T | | | | | |
| 6. American Funds 529 Account - College 2021 Fund | C | Dividend | M | T | | | | | |
| 7. NORTHWESTERN MUTUAL VARIABLE LIFE INS POLICY (H) | | | | | | | | | |
| 8. MSA/The Boston Company Growth Stock | A | Dividend | K | T | | | | | |
| 9. MSA Index 400 Stock | A | Dividend | K | T | | | | | |
| 10. MSA Index 500 Stock | A | Dividend | K | T | | | | | |
| 11. MSA/Franklin Templeton Int'l Equity | A | Dividend | K | T | | | | | |
| 12. MSA/Wellington Mgmt Small Cap Growth | A | Dividend | K | T | | | | | |
| 13. IRA #1 (H) | | | | | | | | | |
| 14. VANGUARD FED MMF (VMFXX) (cash equivalent) | B | Int./Div. | M | T | | | | | |
| 15. VANGUARD TARGET RET 2035 I (VTTHX) | E | Dividend | P1 | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. VANGUARD TARGET RET 2035 I (VTTHX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #3 (H) | | | | | | | | | |
| 19. American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 20. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 21. American Funds The Growth Fund of America (AGTHX) | B | Dividend | J | T | | | | | |
| 22. American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 23. American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 24. Vanguard Life Strategy Growth Portfolio (VASGX) | A | Dividend | J | T | | | | | |
| 25. Vanguard US Growth Fund (VWUSX) | A | Dividend | J | T | | | | | |
| 26. Vanguard 500 Index (VFINX) | A | Dividend | J | T | | | | | |
| 27. American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 28. IRA #4 (H) | | | | | | | | | |
| 29. American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 30. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 31. American Funds The Growth Fund of America (AGTHX) | B | Dividend | J | T | | | | | |
| 32. American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 33. American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 34. American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 401K #1 (H) | | | | | | | | | |
| 36. Northwestern Mutual Annual Fixed Rate Fund (4769) | D | Dividend | N | T | | | | | |
| 37. T Rowe Price Real Estate Fund (TRREX) | B | Dividend | K | T | | | | | |
| 38. Loomis Sayles Small Cap Growth Fund (LSSIX) | A | Dividend | J | T | | | | | |
| 39. Vanguard Target Retirement 2035 Trust II (1477) | | None | K | T | | | | | |
| 40. Vanguard Mid-Cap Index Fund (VMCPX) | A | Dividend | K | T | | | | | |
| 41. Vanguard Total Int'l Stock Index Fund (VTSNX) | A | Dividend | J | T | | | | | |
| 42. Vanguard Total Stock Market Index Fund (VSMPX) | A | Dividend | K | T | | | | | |
| 43. Vanguard Total Bond Market Index Fund (VBTIX) | A | Dividend | K | T | | | | | |
| 44. BROKERAGE #1 (H) | | | | | | | | | |
| 45. American Funds Europacific Growth Fund (AEPGX) | C | Dividend | L | T | | | | | |
| 46. American Funds The Growth Fund of America (AGTHX) | E | Dividend | M | T | | | | | |
| 47. American Funds Smallcap World Fund (SMCWX) | D | Dividend | M | T | | | | | |
| 48. American Funds Washington Mutual Investors Fund (AWSHX) | D | Dividend | M | T | | | | | |
| 49. BROKERAGE #2 (H) | | | | | | | | | |
| 50. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 51. American Funds The Growth Fund of America (AGTHX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds New Perspective Fund (ANWPX) | D | Dividend | M | T | | | | | |
| 53. American Funds Smallcap World Fund (SMCWX) | D | Dividend | M | T | | | | | |
| 54. American Funds The Tax-Exempt Bond Fund of America (AFTEX) | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: Whole life, no underlying assets.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 17 (2017) is not reportable in 2018; there is not a corresponding reportable transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 07/23/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brett H. Ludwig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544